WK:JKW
F. #2020R01120

**Filed: July 13, 2021**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ANDREA CORRIERE,
    also known as
    "Adriana O'Neal" and
    "Adriana O'Neil,"

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. **1:21-cr-00366**
(T. 18, U.S.C., §§ 1920 and 3551 et seq.)

**Judge William F. Kuntz, II**
**Magistrate Judge Ramon E. Reyes**

THE GRAND JURY CHARGES:

<u>FRAUD IN CONNECTION WITH FEDERAL COMPENSATION</u>

In or about and between October 2016 and September 2018, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ANDREA CORRIERE, also known as "Adriana O'Neal" and "Adriana O'Neil," did knowingly and willfully falsify, conceal and cover up a material fact, and make one or more false, fictitious and fraudulent statements and representations, and make and use one or more false statements and reports knowing the same to contain one or more false, fictitious and fraudulent statements and entries in connection with an application for and receipt of compensation and other benefits and payments under subchapter I of chapter 81 of Title 5, United States Code, in that she falsely reported to the United States Department of Labor Office of Workers' Compensation Programs

2

that she was not working when, in fact, CORRIERE was working and thereby obtained benefits in excess of $1,000.

(Title 18, United States Code, Sections 1920 and 3551 et seq.)

A TRUE BILL

_Stella Alide_
FOREPERSON

JACQUELYN M. KASULIS
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2020R01120

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

ANDREA CORRIERE, also known as "Adriana O'Neal" and "Adriana O'Neil,"

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 1920 and 3551 et seq.)

*A true bill.*

_____*Stella Alcide*_____

Foreperson

Filed in open court this _____ day,

of _____ A.D. 20_____

_____

Clerk

Bail, $ _____

*Jessica K. Weigel, Assistant U.S. Attorney (718) 254-6157*